

**William R. SCAGGS, Plaintiff-Appellant,**

v.

**Lieutenant General Stanley LARSEN, etc., Defendant-Appellee.**

No. 24609.

United States Court of Appeals, Ninth Circuit.

April 7, 1970.

Lloyd E. McMurray (argued), San Francisco, Cal., for appellant.

Jerry K. Cimmet (argued), Asst. U. S. Atty., James L. Browning, U. S. Atty., San Francisco, Cal., for appellee.

Before HAMLEY, DUNIWAY and TRASK, Circuit Judges.

PER CURIAM:

The order appealed from is affirmed. Schwartz v. Franklin, 9 Cir., 1969, 412 F.2d 736; Winters v. United States, 9 Cir., 1969, 412 F.2d 140; Raderman v. Kaine, 2 Cir., 1969, 411 F.2d 1102.

**UNITED STATES of America, Appellee,**

v.

**H. Frank EVANS, Appellant.**

No. 13438.

United States Court of Appeals, Fourth Circuit.

April 28, 1970.

Dallas D. Ball, Columbia, S. C., Lee & Ball, Columbia, S. C., on the brief, for appellant.

Joseph O. Rogers, Jr., U. S. Atty., and Marvin L. Smith, Asst. U. S. Atty., on the brief, for appellee.

Before HAYNSWORTH, Chief Judge, and CRAVEN and BUTZNER, Circuit Judges.

PER CURIAM:

In this appeal from judgments of conviction for conspiracy and bank robbery and from an order denying appellant's motion for a new trial, we find oral argument unnecessary. On examination of the record and briefs, we find no error.

Affirmed.

**ZELLER MARINE EQUIPMENT, INC., as owner of SCOW ZELLER #54, Libellant-Appellee,**

v.

**SS CHEMICAL TRANSPORTER, TUG ANN McALLISTER, their engines, etc., Respondents,**

**Chemical Transporter, Inc., and McAllister Brothers, Inc., Respondents-Appellants.**

No. 33879.

United States Court of Appeals, Second Circuit.

Nov. 12, 1969.

Before LUMBARD, Chief Judge, and IRVING R. KAUFMAN and HAYS, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York, and was argued by counsel.

On consideration whereof, it is now hereby ordered, adjudged, and decreed that the judgments of said District Court be and they hereby are affirmed with costs to be taxed against the appellants.

CHEMICAL TRANSPORTER INC., as owner of SS CHEMICAL TRANS-PORTER, Libellant-Appellant,

v.

McALLISTER BROTHERS, INC., Respondent-Appellant,

TUG ANN McALLISTER, her engines, etc., Respondent.

No. 33880.

United States Court of Appeals, Second Circuit.

Nov. 12, 1969.

Before LUMBARD, Chief Judge, and IRVING R. KAUFMAN and HAYS, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York, and was argued by counsel.

On consideration whereof, it is now hereby ordered, adjudged, and decreed that the judgments of said District Court be and they hereby are affirmed.

FREDERICK STARR CONTRACTING CO., as operator of the DECK SCOW MANYA STARR NO. 55, Libellant-Appellee,

v.

SS CHEMICAL TRANSPORTER, TUG ANN McALLISTER, Respondents,

Chemical Transporter Inc., and McAllister Brothers Inc., Respondents-Appellants.

No. 33881.

United States Court of Appeals, Second Circuit.

Nov. 12, 1969.

Before LUMBARD, Chief Judge, and IRVING R. KAUFMAN, and HAYS, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York, and was argued by counsel.

On consideration whereof, it is now hereby ordered, adjudged, and decreed that the judgments of said District Court be and they hereby are affirmed.